# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TYRONE THOMPSON,

    Plaintiff

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

    Defendants.

CASE No. 1:13-cv-00142-DLB (PC)

ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE

ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL

(ECF No. 13)

Plaintiff Tyrone Thompson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was filed on January 30, 2013. (ECF No. 1.) On April 11, 2014, Plaintiff filed a notice of voluntary dismissal. (ECF No. 13.)

"[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. No defendant has filed an answer or other responsive pleading in this case.

///

///

///

1       Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case, term all pending motions, and adjust the docket to reflect voluntary dismissal of this action, without prejudice, pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **April 16, 2014**           /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE